# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   STUART K. SWICK, II                              Case Number: 05-74258
7423 MILDRED ROAD            SSN-xxx-xx-6592
MACHESNEY PARK, IL  61115

Case filed on:      8/20/2005
Plan Confirmed on:  10/14/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $27,700.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WELLS FARGO BANK NA | 0.00 | 0.00 | 19,748.63 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 19,748.63 | 0.00 |
| 000 | BRIAN A. HART | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
| 008 | WELLS FARGO BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | STUART K. SWICK, II | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | WELLS FARGO BANK NA | 11,337.35 | 11,337.35 | 4,097.02 | 0.00 |
|  | Total Secured | 11,337.35 | 11,337.35 | 4,097.02 | 0.00 |
| 003 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NICOR ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | SBC LAW DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | US BANK/RETAIL PAYMENT SOLUTIONS | 437.69 | 437.69 | 36.79 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 150.00 | 150.00 | 12.61 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 3,358.75 | 3,358.75 | 282.35 | 0.00 |
|  | Total Unsecured | 3,946.44 | 3,946.44 | 331.75 | 0.00 |
|  | Grand Total: | 17,083.79 | 17,083.79 | 25,977.40 | 0.00 |

Total Paid Claimant:        $25,977.40
Trustee Allowance:          $1,722.60
Percent Paid Unsecured:     8.41

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008                    By  /s/Heather M. Fagan